11/30/2007  12:49  8148703212   BOROWY INSURANCE CFD PITTSBURGH                PAGE 01/01

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

v.                                                  Criminal No. 3:07cr158

RANDY ROY

### WAIVER OF APPEARANCE FOR ARRAIGNMENT

Pursuant to Rule 10(b) of the Federal Rules of Criminal Procedure, I, RANDY ROY, charged in an Indictment pending in the Northern District of Mississippi of violating 18 U.S.C. §875, do hereby waive my right to appear at an Arraignment. I acknowledge that I have received a copy of the Indictment and hereby enter a plea of not guilty to the one count listed therein.

Date: 11/30/07                              _Randall Roy_
                                             Defendant

                                             _[signature]_
                                             Counsel for Defendant

The Defendant's request to waive appearance at the arraignment is hereby APPROVED.

Date: December 3, 2007                       _S. Allan Alexander_
                                             U.S. MAGISTRATE JUDGE

## Waiver of Appearance at Arraignment

I, Randy Roy, have received a copy of the indictment in this case and have reviewed it with my attorney. I understand the charges that have been filed against me and plead not guilty to the charges set forth in the indictment. I understand that under Federal Rule of Criminal Procedure 10, an arraignment upon these charges must be conducted. Pursuant to Federal Rule of Criminal Procedure 10(b), I hereby waive my right to be present at the arraignment in this case.

11/28/07
Date

*Randy Roy* (signature)
Randy Roy
Defendant

11/29/07
Date

(signature)
Defense Counsel